IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN



DOC NO 2
REC'D/FILED
JUN 28  5 04 PM '95

J W SKU[...]EWITZ
CLERK US DIST COURT
WD OF WI

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. 95 CR 55-S |
| VINCENT D. WHITAKER, | 18 U.S.C. § 871 |
| Defendant. | 18 U.S.C. § 876 |

THE GRAND JURY CHARGES:

### COUNT I

On or about February 21, 1995, in the Western District of Wisconsin, the defendant,

VINCENT D. WHITAKER,

knowingly did cause to be delivered by the United States Postal Service, a communication dated February 19, 1995, addressed to Elizabeth Karlin, 5520 Medical Circle, Madison, Wisconsin 53719, which contained threats to injure the persons of Elizabeth Karlin and Dr. Dennis Christenson.

(In violation of Title 18, United States Code, Section 876).

CC: DEFT., USA, USM, PROBA.
Date JUN 30 1995
By [signature]

## COUNT II

On or about February 21, 1995, in the Western District of Wisconsin, the defendant,

### VINCENT D. WHITAKER,

knowingly and willfully deposited for conveyance in the mail a letter containing a threat to take the life of the President of the United States.

(In violation of Title 18, United States Code, Section 871).

A TRUE BILL

_____
PRESIDING JUROR

_____
Peggy A. Lautenschlager
United States Attorney

Indictment returned: 6-28-95